UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-38181 |
|---|---|
| Cecil Von Daniel Jr | (Chapter 13) |
| Alice Elaine Daniel | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | Cecil Von Daniel Jr & Alice Elaine Daniel<br>7231 Osceola Drive<br>Cincinnati, OH  45243 | 415.38 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                09-38181

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Cecil Von Daniel Jr                HAROLD JARNICKI                (31.1n)
Alice Elaine Daniel                576 MOUND CT                   GE MONEY BANK
7231 Osceola Drive                 SUITE B                        RECOVERY MANAGEMENT SYSTEMS
Cincinnati, OH  45243              LEBANON, OH  45036             ATTN RAMESH SINGH
                                                                  25 SE 2ND AVE STE 1120
                                                                  MIAMI, FL  33131

(1.1n)
HSBC AUTO FINANCE
BOX 829009
DALLAS, TX  75382

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv

0938181_42_20110613_0843_278/T317_sv
###